# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD COLLINS,  :<br>　　　　Petitioner,  :<br>　　　　　　　　　　　　:<br>v.　　　　　　　　　　　:<br>　　　　　　　　　　　　:<br>DAVID DIGUGLIELMO, *et al.*,  :<br>　　　　Respondents.  : | CIVIL ACTION<br><br>NO. 10-851 |

## ORDER

**AND NOW**, this 1st day of July 2013, after a careful and independent review of the Report and Recommendation (Doc. No. 48), Petitioner's Objections (Doc. No. 51), and the entire record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. Petitioner's Motion to Amend (Doc. No. 33) is **GRANTED**; Petitioner's "Second Amendment to Petition for a Writ of Habeas Corpus" (Doc. No. 33-3) is before the Court.

2. Petitioner's Objections are **OVERRULED**.

3. The Report and Recommendation is **APPROVED and ADOPTED**.

4. The Petition (Doc. No. 1) as amended is **DENIED**.

5. A Certificate of Appealability **SHALL NOT ISSUE**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**